**No. 11-7327. Travis Loren Dally, Petitioner v. United States.**

565 U.S. 1128, 132 S. Ct. 1039, 181 L. Ed. 2d 765, 2012 U.S. LEXIS 37.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 11-7330. Deandre Laron Washington, Petitioner v. United States.**

565 U.S. 1128, 132 S. Ct. 1039, 181 L. Ed. 2d 765, 2012 U.S. LEXIS 96.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 653 F.3d 1251.

**No. 11-7331. Hilton Silver, Petitioner v. Maryland.**

565 U.S. 1128, 132 S. Ct. 1039, 181 L. Ed. 2d 765, 2012 U.S. LEXIS 135.

January 9, 2012. Petition for writ of certiorari to the Court of Appeals of Maryland denied.

Same case below, 420 Md. 415, 23 A.3d 867.

**No. 11-7332. Jerry Pena, Petitioner v. Michael Martel, Warden, et al.**

565 U.S. 1128, 132 S. Ct. 1040, 181 L. Ed. 2d 765, 2012 U.S. LEXIS 31.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 450 Fed. Appx. 670.

**No. 11-7334. John Sylvester Morrison, Petitioner v. United States.**

565 U.S. 1128, 132 S. Ct. 1040, 181 L. Ed. 2d 765, 2012 U.S. LEXIS 11.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 442 Fed. Appx. 873.

**No. 11-7335. Jamal Stephens, Petitioner v. United States.**

565 U.S. 1128, 132 S. Ct. 1040, 181 L. Ed. 2d 765, 2012 U.S. LEXIS 322.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 437 Fed. Appx. 308.

**No. 11-7336. John Simmons, Petitioner v. United States.**

565 U.S. 1128, 132 S. Ct. 1040, 181 L. Ed. 2d 765, 2012 U.S. LEXIS 99.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-7339. Anthony Page, Petitioner v. United States.**

565 U.S. 1128, 132 S. Ct. 1041, 181 L. Ed. 2d 765, 2012 U.S. LEXIS 187.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 657 F.3d 126.